**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DRAFTKINGS, INC., CROWN PA GAMING LLC, AND GOLDEN NUGGET ONLINE FAMING LLC,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **CITY OF PHILADELPHIA,** <br> **Defendant.** | : | **Civil Action** <br> **No. 2:26-CV-04953-JHS** |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFFS' COMPLAINT**

Defendant, City of Philadelphia, files this motion to dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) & 12(b)(6). The Court should dismiss the Complaint in its entirety for lack of jurisdiction or with prejudice for the reasons more fully explained in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiffs' Complaint with prejudice.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
MONIQUE MYATT GALLOWAY, ACTING CITY SOCLITIOR

Date: September 15, 2026 BY: *<u>/s/ Ryan B. Smith</u>*
Lydia Furst
Chief Deputy City Solicitor
Pa. Bar No. 307450
Ryan B. Smith
Divisional Deputy City Solicitor
Pa. Bar No. 324643
Cherriel Gentles
Senior Attorney
Pa. Bar No. 87081

City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 410-8264
Ryan.Smith@phila.gov

*Attorneys for Defendant the City of Philadelphia*