**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DRAFTKINGS, INC., CROWN PA GAMING LLC, AND GOLDEN NUGGET ONLINE FAMING LLC,** | : | |
| **Plaintiffs,** | : | **Case Number** |
| | : | **2:26-CV-04953-JHS** |
| **v.** | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this__________day of____________________, 2026, upon consideration of Defendant's Motion to Dismiss the Complaint and any response thereto, it is **HEREBY ORDERED** that the Motion to Dismiss is **GRANTED**. Plaintiffs' Complaint is dismissed **WITH / OUT PREJUDICE**.

BY THE COURT:

______________________________
Joel H. Slomsky, S.J.