**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DRAFTKINGS, INC., CROWN PA GAMING LLC, AND GOLDEN NUGGET ONLINE FAMING LLC,** **Plaintiffs,** | : | **Case Number** 2:26-CV-04953-JHS |
| **v.** | : | |
| **CITY OF PHILADELPHIA,** **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Ryan B. Smith, certify that a true and correct copy of the foregoing was filed via the Court's electronic filing system and is available for downloading.

*/s/ Ryan B. Smith*
Ryan B. Smith
Divisional Deputy City Solicitor
Pa. Bar No. 324643
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 410-8264
Ryan.Smith@phila.gov

*Attorney for Defendant the City of Philadelphia*

Dated: September 15, 2026